Michael R. Reese (State Bar No. 206773)
**REESE RICHMAN LLP**
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone:   (212) 643-0500
Facsimile:   (212) 253-4272
Email: *mreese@reeserichman.com*

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY WELSH, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>            v.<br><br>GOGO LLC,<br><br>                              Defendant. | CASE NO.<br>Case Number: 2:13-cv-06899-ODW<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(a) |

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff Kerry Welsh voluntarily dismisses without prejudice his claims made in the above captioned action against defendant Gogo LLC.

Dated: February 25, 2014                                   Respectfully submitted,

*/s/ Michael R. Reese*
Michael R. Reese (State Bar No. 206773)
*mreese@reeserichman.com*
**REESE RICHMAN LLP**
875 Ave. of the Americas, 18th Flr.
New York, New York 10001
Telephone:  (212) 643-0500
Facsimile:   (212) 253-4272

*Counsel for Plaintiff*

WELSH V. GOGO LLC                                                    2
RULE 41 VOLUNTARY DISMISSAL WITHOUT PREJUDICE